```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                        CASE NO. 07 B 00129
   DENISE R MCMULLEN
                                              CHAPTER 13

                                              JUDGE: SUSAN PIERSON SONDERBY

          Debtor
   SSN XXX-XX-1510


------------------------------------------------------------------------------
                 TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------------
   The case was filed on 01/04/2007 and was confirmed 03/22/2007.

   The plan was confirmed to pay secured creditors 100% and unsecured
creditors 100.00%.

   The case was dismissed after confirmation 03/27/2008.
------------------------------------------------------------------------------
CREDITOR NAME              CLASS            CLAIM AMOUNT     INTEREST      PRINCIPAL
                                                               PAID          PAID
------------------------------------------------------------------------------
INDIANA CONDO ASSOC        SECURED NOT I         .00             .00           .00
INDIANA CONDO ASSOC        UNSECURED       NOT FILED             .00           .00
GREAT AMERICAN FINANCE     SECURED           1219.00           79.39        520.94
GREAT AMERICAN FINANCE     SECURED NOT I         .00             .00           .00
HOMEQ SERVICING CORP       CURRENT MORTG         .00             .00           .00
HOMEQ SERVICING CORP       MORTGAGE ARRE   12504.01              .00       2636.09
HSBC MORTGAGE SERVICES     CURRENT MORTG         .00             .00           .00
HSBC MORTGAGE SERVICES     MORTGAGE ARRE      66.20              .00         66.20
REAL TIME RESOLUTION       CURRENT MORTG         .00             .00           .00
REAL TIME RESOLUTION       MORTGAGE ARRE    2500.00              .00        527.06
WASHINGTON MUTUAL          CURRENT MORTG         .00             .00           .00
WASHINGTON MUTUAL          MORTGAGE ARRE    1109.94              .00       1109.94
ACCESS CREDIT UNION        UNSECURED        2308.40              .00           .00
AMERICASH LOANS LLC        UNSECURED         636.57              .00           .00
AMERICASH LOANS LLC        UNSECURED        3064.73              .00           .00
CASH ADVANCE               UNSECURED       NOT FILED             .00           .00
HSBC CARD SERVICES         UNSECURED       NOT FILED             .00           .00
ECAST SETTLEMENT CORP      UNSECURED         714.13              .00           .00
RESURGENT CAPITAL SERVIC   UNSECURED        2966.27              .00           .00
NISSAN INFINITI            SECURED VEHIC         .00             .00           .00
WASHINGTON MUTUAL          NOTICE ONLY     NOT FILED             .00           .00
GREAT AMERICAN FINANCE     UNSECURED        2412.08              .00           .00
AMERICASH LOANS LLC        UNSECURED            .00              .00           .00
GREAT AMERICAN FINANCE     UNSECURED            .06              .00           .00
NISSAN INFINITI            UNSECURED       12590.07              .00           .00
CLIENTS FUND SERVICES      UNSECURED       NOT FILED             .00           .00
CLIENTS FUND SERVICES      NOTICE ONLY     NOT FILED             .00           .00
CLIENT FUNDING SERVICES    NOTICE ONLY     NOT FILED             .00           .00
CLIENT FUNDING SERVICES    NOTICE ONLY     NOT FILED             .00           .00
STEFANS STEFANS & STEFAN   DEBTOR ATTY      3,000.00                       3,000.00
TOM VAUGHN                 TRUSTEE                                           560.38
DEBTOR REFUND              REFUND                                              .00

                       PAGE  1 - CONTINUED ON NEXT PAGE
            CASE NO. 07 B 00129 DENISE R MCMULLEN
```

```
     Summary of Receipts and Disbursements:
-------------------------------------------------------------------------------
                         RECEIPTS            DISBURSEMENTS
-------------------------------------------------------------------------------
TRUSTEE                  8,500.00

PRIORITY                                              .00
SECURED                                          4,860.23
    INTEREST                                        79.39
UNSECURED                                             .00
ADMINISTRATIVE                                   3,000.00
TRUSTEE COMPENSATION                               560.38
DEBTOR REFUND                                         .00
                         ---------------       ---------------
TOTALS                   8,500.00                8,500.00
```

Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

Dated: 05/26/08

/s/ Tom Vaughn
_____
TOM VAUGHN
CHAPTER 13 TRUSTEE